```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :    25 MAG 1970-2 (UA)
        -against-                   :
                                    :         ORDER
    Anthony Guerra                  :
                                    :
        Defendant                   :
                                    :
------------------------------------X
```

Jed S. Rakoff, United States District Judge:

It is hereby ORDERED that the defendant Anthony Guerra (USM# 90910-511) is to be released from custody on Monday, August 18, 2025, to return to his residence with the understanding that he will be picked up by Cornerstone for the Medical Arts at his residence the following day and enter their treatment facility as ordered at the Bond Appeal Hearing on August 13, 2025.

Dated: New York, New York

August __18__, 2025

SO ORDERED:

_____
Jed S. Rakoff
United States District Judge